David Allegrucci (#12611)
**Allegrucci Law Office, PLLC**
307 N Miller Rd
Buckeye, AZ. 85326
PH (623) 412-2330
Fax (623) 878-9807
Email David.Allegrucci@azbar.org
Attorney for Petitioner(s)

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re: ) Case No.: 2-17-bk-04023-BKM
) In Proceedings Under Chapter 13
)
AARON PETERSON, ) **NOTICE OF AMENDMENT TO MAILING**
) **ADDRESS FOR DEBTOR(S)**
Debtor(s). )
)
)

NOTICE is hereby given that the mailing address of AARON PETERSON have been changed to the following:

Aaron Peterson
6152 E Glencove Street #1
Mesa, AZ 85205

All notice and pleadings for AARON PETERSON should be directed to the address above.

DATED this 17th day of May, 2018

Allegrucci Law Office, PLLC

/s/DEA David Allegrucci (#12611)
David Allegrucci
Attorney for Debtors